**\*\*FILED\*\***
12:14 pm, Jan 26, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AE
F. #2021R00469

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FLORENCE MUI,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. **1:21-cr-00314(KAM)(JRC)**

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant FLORENCE MUI's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
              June 9, 2021

                                  MARK J. LESKO
                                  Acting United States Attorney
                                  Eastern District of New York
                                  Attorney for Plaintiff
                                  271 Cadman Plaza East
                                  Brooklyn, New York 11201

                 By:     */s/ Andrew Estes*
                                  Andrew Estes
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Criminal Division, Fraud Section
                                  (718) 254-6250

Cc:    Clerk of the Court
         Jason Bassett, Esq.