

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AE
F. #2021R00469

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 30, 2021

**BY ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Florence Mui
       Criminal Docket No. 21-314 (RJD)

Dear Judge Dearie:

  The government writes to respectfully request that the Court schedule the defendant's initial appearance and plea on July 15, 2021 at 2:30 p.m. On June 9, 2021 the government filed its notice of intent pursuant to Federal Rule of Criminal Procedure 7(b) to file an information upon the defendant's waiver of indictment.

            Respectfully submitted,

            JACQUELYN M. KASULIS
            Acting United States Attorney
            Eastern District of New York

            JOSEPH S. BEEMSTERBOER
            Acting Chief
            Fraud Section, Criminal Division
            United States Department of Justice

        By:  /s Andrew Estes
            Andrew Estes
            Trial Attorney
            Fraud Section, Criminal Division
            (718) 254-6250

cc:  Jason Bassett, Esq. (by ECF)