UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF <u>APPEARANCE</u>** |
| -against- | 21-CR-314 (RJD) |
| FLORENCE MUI, | |
| Defendant(s), | |

_____

**PLEASE TAKE NOTICE**, that the undersigned has been retained to represent FLORENCE MUI in the above-captioned matter.

Dated: Central Islip, New York
        June 30, 2021

                                                              Yours, etc.

                                                              *[signature]*
                                                              _____
                                                              JASON BASSETT, ESQ.
                                                              *Attorney for the Defendant*
                                                              Law Offices of Jason Bassett, P.C.
                                                              320 Carleton Avenue, Suite 4200
                                                              Central Islip, New York 11722
                                                              (e-mail address) bassettlaw@live.com
                                                              (telephone number) 631-863-9455
                                                              (fax number) 631-232-5343

TO:   Suffolk County District Attorney's Office
        Attn: (ADA/BUREAU)

Arthur M. Cromarty Court Complex
200 Center Drive
Riverhead, New York 11901

Suffolk County District Attorney's Office
Attn: A.D.A. (PROSECUTOR) – (BUREAU)
725 Veterans Memorial Highway
William J. Lindsay County Complex - Building #77
Hauppauge, New York 11788


Clerk of the County Court – Special Term
Arthur M. Cromarty Court Complex
210 Center Drive
Riverhead, New York 11901