AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America )
v. ) Case No. 21-CR-314 (RJD)
Florence Mui )
)
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/15/21

_____
Defendant's signature

_____
Signature of defendant's attorney

Jason Bassett, Esq.
Printed name of defendant's attorney

s/RJD
_____
Judge's signature

Hon. Raymond J. Dearie, United States District Judge
Judge's printed name and title