BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>DATE: JULY 15, 2021</u>
Time in Court: <u>30 minutes</u>

<u>CRIMINAL CAUSE FOR IN PERSON ARRAIGNMENT & PLEADING</u>

<u>DOCKET # CR 21-314  (RJD)</u>

CASE: **USA  -V-    FLORENCE MUI (ON BOND)**
**COUNSEL:   JASON BASSETT (RETAINED)**

AUSA:    ANDREW ESTES

COURTREPORTER:   DAVID ROY

| | |
|---|---|
| X | **CASE CALLED FOR ARRAIGNMENT &  PLEADING.** |
| X | **COUNSEL ADVISE COURT THAT THE DEFENDANT WISHES TO ENTER A PLEA OF GUILTY.** |
| X | **DEFT SWORN.** |
| X | **WAIVER OF INDICTMENT EXECUTED.** |
| X | **INFORMATION HANDED UP TO COURT.  THE CLERK OF THE COURT IS DIRECTED TO ELECTRONICALLY FILE THE INFORMATION.** |
| X | **DEFENDANT ENTERS A PLEA OF GUILTY TO THE ONE(1) COUNT INFORMATION.** |
| X | **COURT  FINDS THAT THE PLEA  WAS MADE KNOWINGLY & VOLUNTARILY.  COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS THE PLEA OF GUILTY.** |
| X | **SENTENCE DATE: 1/21/2022 AT 11:00AM.  SENTENCE SUBMISSIONS DUE AS FOLLOWS: DEFENSE, TWO WEEKS PRIOR TO SENTENCE DATE; GOVERNMENT, ONE WEEK PRIOR TO SENTENCE DATE, WITH HARD COPIES TO CHAMBERS AND ASSIGNED PROBATION OFFICER.** |
| X | **DEFENDANT RELEASED ON FOLLOWING BOND: $500,000.00PRB CO-SIGNED BY DEFENDANT'S HUSBAND.** |