

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:BGK
F. #2021R00469

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 18, 2022

<u>By ECF</u>
The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Florence Mui</u>
          <u>Criminal Docket No. 21-0314 (RJD)</u>

Dear Judge Dearie:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Florence Mui, has agreed to in connection with her guilty plea accepted by Your Honor on July 15, 2022. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

      By:   /s/ Brendan G. King
            Brendan G. King
            Assistant U.S. Attorney
            (718) 254-6006

Encl.: Order of Forfeiture
cc:    Counsel of Record (by ECF)