

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:BGK
F. #2021R00469

271 Cadman Plaza East
Brooklyn, New York 11201

January 19, 2022

By ECF
The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Florence Mui
> Criminal Docket No. 21-0314 (RJD)

Dear Judge Dearie:

    Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Florence Mui, has agreed to in connection with her guilty plea accepted by Your Honor on July 15, 2022. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

    Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Brendan G. King
Brendan G. King
Assistant U.S. Attorney
(718) 254-6006

Encl.: Order of Forfeiture
cc: Counsel of Record (by ECF)