# Law Offices of Jason Bassett, P.C.

| | |
|---|---|
| 320 Carleton Avenue, Suite 4200 | (phone) 631-863-9455 |
| Central Islip, New York 11722 | (fax) 631-232-5343 |
| https://jbassettlaw.com | (e-mail) bassettlaw@live.com |

May 12, 2022

**BY ECF**

The Honorable Raymond J. Dearie, U.S.D.J
United States District Court
Eastern District of New York
22r Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Florence Mui
                 Criminal Docket No. 21-314 (RJD)

Dear Judge Dearie,

     I am the attorney for the above-referenced individual, Florence Mui. Ms. Mui has asked that I make the following application on her behalf.

     Mrs. Mui is requesting permission to travel to Portland Maine from July 21, 2022 to July 26, 2022 to attend a family wedding. I have spoken with the government and they have no objection to this request. As such, I respectfully request that Your Honor grant permission, and So Order this letter.

     I thank the Court, in advance, for its kind consideration of this matter.

                                                 Very Truly Yours,

                                                 /s   Jason Bassett
                                                 JASON BASSETT

cc.    Andrew Estes, Trial Attorney
        U.S.D.O.J. - Criminal Division, Fraud Section
        *(via ECF)*