UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                                     21-CR-314 (HG)

FLORENCE MUI

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Department of Justice Acting Assistant Chief Miriam L. Glaser Dauermann from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Miriam L. Glaser Dauermann
        Acting Assistant Chief
        United States Department of Justice
        271A Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-7575
        Email: Miriam.Glaser@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Miriam L. Glaser Dauermann at the email address set forth above.

Dated: Brooklyn, New York
November 15, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Miriam L. Glaser Dauermann
Miriam L. Glaser Dauermann
Acting Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice

cc: All defense counsel (by ECF)