# Law Offices of Jason Bassett, P.C.

| | |
|---|---|
| 320 Carleton Avenue, Suite 4200 | (phone) 631-863-9455 |
| Central Islip, New York 11722 | (fax) 631-232-5343 |
| https://jbassettlaw.com | (e-mail) bassettlaw@live.com |

July 11, 2024

**BY ECF**

The Honorable Hector Gonzalez, U.S.D.J.
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Florence Mui
                 Criminal Docket No. 21-314 (HG)

Judge Gonzalez,

      I am the attorney for the above-referenced defendant, Florence Mui.  Ms. Mui has asked that I make the following application on her behalf.

      Ms. Mui is requesting permission to travel with her family to Saratoga Springs, New York on Friday, August 2, 2024 and returning Sunday, August 4, 2024 to visit friends.  Ms. Mui has spoken with Pretrial Services and has informed me that they have no objection, and I have spoken with the Government and they similarly have no objection.  As such, I respectfully request that Your Honor grant permission and So Order this letter.

      I thank the Court for its consideration in this matter.

                                                      Very truly yours,

                                                    /s Jason Bassett
                                                   JASON BASSETT

cc:  Miriam L. Glaser Dauermann, Trial Attorney
      U.S.D.O.J. – Criminal Division, Fraud Section
      *(via ECF)*