# Law Offices of Jason Bassett, P.C.

320 Carleton Avenue, Suite 4200        (phone) 631-863-9455
Central Islip, New York 11722        (fax) 631-232-5343
https://jbassettlaw.com        (e-mail) bassettlaw@live.com

December 18, 2024

**BY ECF**

The Honorable Hector Gonzalez, U.S.D.J.
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Florence Mui
Criminal Docket No. 21-314 (HG)

Judge Gonzalez,

    I am the attorney for the above-referenced defendant, Florence Mui. Ms. Mui has asked that I make the following application on her behalf.

    As part of her pretrial supervision, Ms. Mui was required to surrender her passport to Probation & Pretrial Services. As she has now been sentenced, Ms. Mui is requesting the return of her passport. It is my understanding that Ms. Mui's probation officer has no objection to its return, however they do require Court authorization.

    I thank the Court for its consideration in this matter.

Very truly yours,

/s Jason Bassett
JASON BASSETT

cc. Miriam L. Glaser Dauermann, Trial Attorney
    U.S.D.O.J. – Criminal Division, Fraud Section
    *(via ECF)*